126

### 33697.  SHEFFIELD v. ERVIN.

FELTON, J.  The Supreme Court having reversed the judgment of this court on certiorari (*Ervin* v. *Sheffield*, 209 *Ga*. 27, 70 S. E. 2d, 513), the judgment of this court is hereby vacated, and the judgment of the trial court is affirmed in accordance with the ruling of the Supreme Court.

*Judgment affirmed.  Sutton, C.J., and Worrill, J., concur.*

DECIDED MAY 9, 1952.

*McLennan & Cook*, for plaintiff.
*Walter A. Smith*, for defendant.